## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| VICTORIA DYSINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 14-CV-1308-D |
| | ) |
| UNUM LIFE INSURANCE COMPANY | ) |
| OF AMERICA, | ) |
| | ) |
| Defendant. | ) |

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed.R.Civ.P. 41(a)(1), Plaintiff Victoria Dysinger, by and through her attorney of record, and Defendant Unum Life Insurance Company of America, by and through its attorneys of record (collectively the "Parties") hereby stipulate and agree that Plaintiff's claims against Defendant are dismissed with prejudice to the filing of any future actions with each party bearing their own costs and attorney fees.

DATED this 21st day of January, 2016.

Attorneys for Plaintiff

*s/Steven S. Mansell*
(Signed by filing attorney with permission from plaintiff counsel)
Steve S. Mansell, OBA #10584
Mark A. Engel, OBA #10796
Kenneth G. Cole, OBA #11792
MANSELL ENGEL & COLE
101 Park Avenue, Suite 665
Oklahoma City, OK 73102-7203
T: (405) 232-4100 ** F: (405) 232-4140
Email: mansell-engel@coxinet.net

Attorneys For Defendant

*s/Matthew C. Kane*
PHILLIP G. WHALEY, OBA#13371
MATTHEW C. KANE, OBA#19502
RYAN WHALEY COLDIRON SHANDY PLLC
900 Robinson Renaissance
119 North Robinson
Oklahoma City, OK 73102
Telephone: (405) 239-6040
Facsimile: (405) 239-6766
mkane@ryanwhaley.com